# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD BROWN | : | |
| v. | : | CIVIL ACTION |
| | : | |
| SUGARHOUSE HSP GAMING, L.P. d/b/a | : | NO. 21-2426 |
| RIVERS CASINO PHILADELPHIA | : | |

## ORDER

**AND NOW**, this 27th day of September, 2024, upon consideration of Defendant Sugarhouse HSP Gaming, L.P.'s Motion for Summary Judgment (ECF No. 17), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **GRANTED** as to Count I regarding all claims alleged under Title VII;

2. The Motion is **GRANTED** in part as to Count II regarding Plaintiff's claim for failure to promote as alleged under 42 U.S.C. § 1981;

3. The Motion is **DENIED** in part as to Count II regarding Plaintiff's claims of termination, hostile work environment, and retaliatory termination as alleged under 42 U.S.C. § 1981.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**